IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02472–EWN–MEH

DENNIS JAMES KYLER,

    Plaintiff,

v.

CONNIE BATSON, Nurse Practioner, Fremont Correctional Facility,
DR. CREANY, Physician, Fremont Correctional Facility, and
DR. CABILING, Physician, Arrowhead Correctional Center,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 28, 2005. Plaintiff has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, the objections, and the recommendation. There is nothing in this fully-developed factual record which convinces the court that any Defendant has been indifferent to Plaintiff's serious medical needs or that his treatment has even been inappropriate. I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendants' motion for summary judgment (#79) is GRANTED. The clerk will enter

judgment against Plaintiff and in favor of Defendants, dismissing the case with prejudice.

3. All other pending motions are DENIED as moot.

DATED this 31st day of March, 2006

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge